## JONES v. THE STATE.

LITTLE, J. The only question made in the present case was distinctly decided by this court in the case of *Johnson* v. *State*, 62 *Ga.* 179, in which it was held that the fact "that the prosecutor was a member of the grand jury which found the bill is not good in arrest of judgment. The objection thus presented comes too late."

*Judgment affirmed. All the Justices concurring.*

Submitted October 11, — Decided November 15, 1897.

Indictment for misdemeanor. Before Judge Butt. Muscogee superior court. May term, 1897.

*W. H. McCrory*, for plaintiff in error.
*S. P. Gilbert, solicitor-general*, contra.

---

## WOODLIFF v. THE STATE.

LITTLE, J. As applied to the evidence, the instructions complained of were not, when taken in connection with the remainder of the charge, objectionable, or prejudicial to the accused; and as a whole the charge was a full, fair, and clear exposition of the law applicable to the case. No new or unsettled question of law is involved in the present case; there was no error in admitting evidence; the verdict of the jury was amply supported by the evidence, and is not contrary to law.

*Judgment affirmed. All the Justices concurring.*

Argued November 15, — Decided November 26, 1897.

Indictment for murder. Before Judge Hutchins. Gwinnett superior court. September term, 1897.

*John R. Cooper* and *D. K. Johnston*, for plaintiff in error.
*J. M. Terrell, attorney-general*, and *C. H. Brand, solicitor-general*, contra.